```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

MARK A. DARE,                   :
                                :   NO. 1:06-CV-00150
    Plaintiff,              :
                                :
 v.                             :
                                :   **OPINION AND ORDER**
                                :
GE MONEY BANK, et al.,          :
                                :
    Defendants.             :

This matter is before the Court on Plaintiff's Motion for Voluntary Dismissal Pursuant to Directive of Bankruptcy Trustee (doc. 32), and Defendants' Response (doc. 33). On February 5, 2007, a Chapter 13 Bankruptcy Trustee instructed Plaintiff that the instant action must be voluntarily dismissed as part of a group of requisite actions that Plaintiff needs to effectuate prior to the Trustee recommending the approval of Plaintiff's Chapter 13 plan (doc. 32). Plaintiff now petitions the Court for a voluntary dismissal pursuant to Rules 41(a) & (b) of the Federal Rules of Civil Procedure (Id.). The Defendants do not object to Plaintiff's request (doc. 33). The Court finds Plaintiff's motion well-taken and therefore, GRANTS Plaintiff's Motion (doc. 32) and DISMISSES WITHOUT PREJUDICE this case from its docket.

    SO ORDERED.

Dated: March 13, 2007          /s/ S. Arthur Spiegel
                                    S. Arthur Spiegel
                                    United States Senior District Judge